| AO 435<br>(Rev. 04/11)<br>*Please Read Instructions:* | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|---|
| 1. NAME<br>Alex M. Weingarten | | 2. PHONE NUMBER<br>(310) 295-0350 | 3. DATE<br>7/12/2012 |
| 4. MAILING ADDRESS<br>10866 Wilshire Blvd., Suite 500 | | 5. CITY<br>Los Angeles | 6. STATE  CA   7. ZIP CODE  90024 |
| 8. CASE NUMBER<br>CV11-07695 | 9. JUDGE<br>George H. Wu | DATES OF PROCEEDINGS<br>10. FROM 7/12/2012 | 11. TO 7/12/2012 |
| 12. CASE NAME<br>Wimbledon v. Molner | | LOCATION OF PROCEEDINGS<br>13. CITY Los Angeles | 14. STATE California |

**15. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify)<br>Motion to Compel Arbitration | July 12, 2012 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [x] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

ESTIMATE TOTAL   0.00

18. SIGNATURE *[signed]*

19. DATE
7/12/2012

PROCESSED BY

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES    0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT     0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE        0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY