STROOCK & STROOCK & LAVAN LLP
DANIEL A. ROZANSKY (161647) *drozansky@stroock.com*
JOHN R. LOFTUS (126841) *jloftus@stroock.com*
BENJAMIN T. POTTER (260588) *bpotter@stroock.com*
CRYSTAL Y. JONELIS (265335) *cjonelis@stroock.com*
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *lacalendar@stroock.com*

Attorneys for Defendants/Appellants
 David Molner, Aramid Capital Partners, LLP
 and Screen Capital International Corp.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIMBLEDON FINANCING MASTER FUND, LTD., a Cayman Islands company; STILLWATER MARKET NEUTRAL FUND III SPC, a Cayman Islands company,<br><br>Plaintiffs/Appellees,<br><br>v.<br><br>DAVID MOLNER, an individual; SCREEN CAPITAL INTERNATIONAL, CORP., a Delaware Corporation; ARAMID CAPITAL PARTNERS LLP, a United Kingdom limited liability partnership; ARAMID ENTERTAINMENT FUND LIMITED, a Cayman Islands company;<br><br>Defendants/Appellants, | No.<br><br>Dist. Ct. No. 2:11-cv-07695-GW(Ex)<br>(C.D. Cal. Los Angeles)<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

---

NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
LA 51560446

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE THAT** Defendants David Molner, Screen Capital International Corp. and Aramid Capital Partners, LLP, appeal to the United States Court of Appeals for the Ninth Circuit from the "Order denying Defendants' Motion to Compel Arbitration, or Alternatively, for a Stay Pending Resolution of Arbitration," entered in this case on July 12, 2012.  A copy of the Court's Minute Order is attached hereto as Exhibit A.

Dated:  July 18, 2012

DANIEL A. ROZANSKY
JOHN R. LOFTUS
BENJAMIN T. POTTER
CRYSTAL Y. JONELIS
STROOCK & STROOCK & LAVAN LLP

By   /s/ Daniel A. Rozansky
       Daniel A. Rozansky

Attorneys for Defendants/Appellants
DAVID MOLNER, ARAMID CAPITAL PARTNERS, LLP and SCREEN CAPITAL INTERNATIONAL CORP.