KAPLAN RICE LLP
MICHELLE A. RICE (SBN 163084)
   mrice@kaplanrice.com
142 West 57th Street, Suite 4A
New York, NY 10019
Telephone: (212) 235-0300
Facsimile: (212) 235-0301

*Attorneys for Plaintiff*
Wimbledon Financing Master Fund, Ltd.

**REMAND**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIMBLEDON FINANCING MASTER FUND, LTD., A Cayman Islands company, STILLWATER MARKET NEUTRAL FUND III SPC, a Cayman Islands company,<br><br>                    Plaintiffs,<br><br>v.<br><br>DAVID MOLNER, an individual; SCREEN CAPITAL INTERNATIONAL CORP., a Delaware Corporation; ARAMID CAPITAL PARTNERS LLP., a United Kingdom limited liability partnership; ARAMID ENTERTAINMENT FUND LIMITED, a Cayman Islands company,<br><br>                    Defendants. | Case No. CV 11-7695-GW(Ex)<br><br>**ORDER OF REMAND** |

### ORDER

In accordance with the Mandate of the Ninth Circuit Court of Appeals, issued on July 7, 2014, and entered in this district on July 9, 2014, this Court hereby ORDERS that this case be and hereby is REMANDED to the jurisdiction of the Superior Court of the State of California, Los Angeles Central Division (Case No. BC466001).

**IT IS SO ORDERED.**

DATED:  November 12, 2014

_____
Hon. George H. Wu
United States District Judge

[PROPOSED] ORDER OF REMAND